

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00770-CR

**EX PARTE** Ebert Onas Acosta **MEJIA**

From the County Court, Kinney County, Texas
Trial Court No. 11060CR
Honorable Tully Shahan, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED January 18, 2023.

_____
Beth Watkins, Justice